■ In the Matter of FRED PAULIN, Petitioner, v CITY OF NEW YORK et al., Respondents. [733 NYS2d 349] —Determination of respondent Police Commissioner, dated February 23, 2000, dismissing petitioner from his position as a police officer, unanimously confirmed, the petition denied and the proceeding brought pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, New York County [Bruce Allen, J.], entered December 11, 2000), dismissed, without costs.

Respondent's finding that petitioner stole merchandise from a store is supported by substantial evidence, including a videotape of the incident. No basis exists to disturb respondent's findings of credibility (*see, Matter of Berenhaus v Ward,*

70 NY2d 436, 443-444). The penalty of dismissal does not shock our sense of fairness. Concur—Mazzarelli, J. P., Andrias, Ellerin, Buckley and Marlow, JJ.